TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED

2026 SEP 16 PM 1:18

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-04888 TUC-JCH(LLP)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Malachi Yee Michaels, -001<br>Counts 1, 3-5,<br><br>Alejandro Molina, -002<br>Counts 1-2, 6-7,<br><br>Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 933(a)(3)<br>(Conspiracy to Traffick in Firearms)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)<br>(Engaging in the Business of Dealing Firearms without a License)<br>Count 2<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Counts 3-5<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Possession of a Firearm by a Prohibited Person)<br>Count 6<br><br>18 U.S.C. § 933(a)(2)<br>(Trafficking in Firearms)<br>Count 7 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about a date unknown through October 22, 2025, in the District of Arizona,

defendants MALACHI YEE MICHAELS and ALEJANDRO MOLINA did conspire together and with others known and unknown to receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 923(a), Dealing Firearms without a License, 18 U.S.C. 922(a)(3), Illegal Transportation in State of Residency of Firearm Purchased Outside of State of Residency and 18 U.S.C. § 922(g)(1) Possession of a Firearm by a Prohibited Person.

All in violation of Title 18, United States Code, Section 933(a)(3).

**COUNT 2**

From a date unknown to on or about October 22, 2025, in the District of Arizona, the Defendant ALEJANDRO MOLINA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**COUNTS 3-5**

On or about the dates listed below, in the District of Arizona, defendant, MALACHI YEE MICHAELS, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another person:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 3 | 7/12/25 | Bear Arms Firearms | Smith and Wesson, M & P Shield, 9mm pistol, serial number HVH6351<br><br>Springfield, SD45 Compact, .45 caliber pistol, serial number GM491406<br><br>Taurus, G3C, 9mm pistol, serial number ACN743962<br><br>Glock 29Gen5, 10mm pistol, serial number CFPM404<br><br>Glock 43FDE, 9mm pistol, serial number ADVZ307 |
| 4 | 8/16/25 | Modern Knight | Ruger, Security 380, .380 pistol, serial number 388-26519<br><br>Ruger, Max 9, 9mm pistol, serial number 350197349<br><br>Taurus, G3C, 9mm pistol, serial number AHD870322 |
| 5 | 8/24/25 | State 48 Firearms | Taurus G4X, 9mm pistol, serial number AEL826103<br>Taurus, 1-GX4MP93GR, 9mm Luger pistol, serial number AGH349855<br><br>Ruger MAX-9, 9mm Luger pistol, serial number 350211561<br><br>Ruger, Security-380, 380 Auto pistol, serial number 388-41719 |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 6**

On or about October 18, 2025, in the District of Arizona, the defendant ALEJANDRO MOLINA, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, in and affecting interstate commerce, to wit: one (1) 9mm Sig P320 handgun, and one (1) 10mm Tanfaglio handgun.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 7**

On or about October 18, 2025, in the District of Arizona, defendant ALEJANDRO MOLINA did receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(a)(1)(A), Dealing Firearms without a License; 18 U.S.C. § 922(a)(3), Illegal Transportation in State of Residency of Firearm Purchased Outside of State of Residency; and 18 U.S.C. § 922(g)(1), Possession of a Firearm by a Prohibited Person.

All in violation of Title 18, United States Code, Section 933(a)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: September 16, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
JULIE A. SOTTOSANTI
Assistant U.S. Attorney